UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

WILLIAM BERRY,

Plaintiff,

v.

KRISTY FONOIMOANA, et al.,

Defendants.

Case No. 3:25-cv-00572-ART-CSD

DISMISSAL ORDER

## I. DISCUSSION

On October 14, 2025, Plaintiff, then an inmate in the custody of the Nevada Department of Corrections ("NDOC"), initiated this prisoner civil rights action pursuant to 42 U.S.C. § 1983. (ECF No. 1-1). Before the Court issued its screening order, Plaintiff died in custody.[1]

Pursuant to Federal Rule of Civil Procedure 25(a)(1), "[i]f a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative. If the motion is not made within 90 days after service of a statement noting the death, the action by or against the decedent must be dismissed." Fed. R. Civ. P. 25(a)(1).

The 90-day period has passed and there has been no motion for substitution. As such, the Court dismisses the case.

///

///

[1] Press Release, Nevada Department of Corrections, https://www.doc.nv.gov/siteassets/content/about/press-release/death-william-berry-23739.pdf (August 6, 2026).

## II. CONCLUSION

For the foregoing reasons, it is ordered that the Court dismisses this case pursuant to Fed. R. Civ. P. 25(a)(1).

The Clerk of the Court is directed to close the case and enter judgment accordingly.

DATED: November 24, 2026.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE